No. 75–1018. COLUMBIA PICTURES INDUSTRIES, INC. v. POSTER EXCHANGE, INC. C. A. 5th Cir. Certiorari denied.

No. 75–1020. DALLAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1027. POCONO INTERNATIONAL CORP. ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1032. TROTTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1040. STEINBERG v. UNITED STATES; and
No. 75–6242. CAPO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 525 F. 2d 1126.

No. 75–1066. SANTIAGO ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 75–1089. CHOATE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1093. WATSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–1094. SUPERIOR OIL CO. v. FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 75–1104. CARON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 75–1109. WOODRUFF ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.